THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. BENNY SABATINO, Appellant.

(Submitted October 7, 1918; decided October 15, 1918.)

Motion for re-argument denied.   (See 224 N. Y. 589.)

---

In the Matter of the Claim of BESSIE M. SMITH, Respondent, against HEINE SAFETY BOILER COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

(Submitted October 7, 1918; decided October 15, 1918.)

Motion to amend remittitur denied, with ten dollars costs.   (See 224 N. Y. 9.)